AO 10
Rev. 1/2012

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2011

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| BODIFORD, LARRY A. | U. S. DISTRICT COURT | 04/30/2012 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. MAGISTRATE JUDGE PARTTIME | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 01/01/2011<br>to<br>12/31/2011 |

**7. Chambers or Office Address**

620 McKenzie Avenue, 32401
P. O. BOX 2528, PANAMA CITY,
FLORIDA 32402

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Partner | Hutto and Bodiford |
| 2. | Shareholder close corporation | B H & B, Inc. |
| 3. | Shareholder close corporation | Blight Manor, Inc. |
| 4. | Personal Representative | Estate #1 |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 1984 | Florida State Employees Retirement Fund; eligible to draw at age 65 |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BODIFORD, LARRY A. | 04/30/2012 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 12-31-11 | Law Practice | $57,419.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 06/01/11 | School Board-Bay County-Salary |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BODIFORD, LARRY A. | 04/30/2012 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✔] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[ ] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | 1st National Bank NW Fl | Partnership notes | K |
| 2. | 1st National Bank NWFL | Note | K |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BODIFORD, LARRY A. | 04/30/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ **NONE** *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Southern Company Stock | E | Dividend | O | T | | | | | |
| 2. -Southern Company Stock | | | | | Buy | 01/25/11 | J | | |
| 3. -Southern Company Stock | | | | | Buy | 02/10/11 | J | | |
| 4. -Southern Company Stock | | | | | Buy | 03/07/11 | J | | |
| 5. -Southern Company Stock | | | | | Buy | 03/07/11 | J | | |
| 6. -Southern Company Stock | | | | | Buy | 03/10/11 | J | | |
| 7. -Southern Company Stock | | | | | Buy | 04/25/11 | J | | |
| 8. -Southern Company Stock | | | | | Buy | 05/10/11 | J | | |
| 9. -Southern Company Stock | | | | | Buy | 06/06/11 | J | | |
| 10. -Southern Company Stock | | | | | Buy | 06/10/11 | J | | |
| 11. -Southern Company Stock | | | | | Buy | 07/10/11 | J | | |
| 12. -Southern Company Stock | | | | | Buy | 07/25/11 | J | | |
| 13. -Southern Company Stock | | | | | Buy | 08/10/11 | J | | |
| 14. -Southern Company Stock | | | | | Buy | 09/06/11 | J | | |
| 15. -Southern Company Stock | | | | | Buy | 09/26/11 | J | | |
| 16. -Southern Company Stock | | | | | Buy | 10/25/11 | J | | |
| 17. -Southern Company Stock | | | | | Buy | 11/10/11 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BODIFORD, LARRY A. | 04/30/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets)  Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -Southern Company Stock | | | | | Buy | 12/16/11 | J | | |
| 19. -Southern Company Stock | | | | | Buy | 12/12/11 | J | | |
| 20. Tyndall FCU CD 32405 | A | Interest | K | T | | | | | |
| 21. 1st National Bk NW Fl $mrk | C | Interest | N | T | | | | | |
| 22. L-19 Lucas Lake Wash. Cty, Fl | | None | K | S | | | | | |
| 23. [redacted] Wash.Cty, Fl | | None | K | S | | | | | |
| 24. BH&B,Inc. 32405 | E | Dividend | N | U | Sold (part) | 10/25/11 | L | | |
| 25. Raymond James IRA | A | Dividend | M | T | | | | | |
| 26. -Heritage Cash Turst | A | Interest | J | T | | | | | |
| 27. -Pimco Total Return Fund | | | | | Sold | 03/07/11 | K | | |
| 28. -Blackrock \|Energy and Resourses fund | | | | | Sold | 06/13/11 | K | | |
| 29. -ING Value Choice Fund | | | | | Sold | 11/29/11 | K | | |
| 30. -ING Global Value Choice Fund | | | | | Sold | 12/29/11 | K | | |
| 31. -Goldman Sachs Local Emerging Markets Debt Fund | | | | | Sold | 11/29/11 | J | | |
| 32. -Invesco Developing Markets Fund | | | J | T | | | | | |
| 33. -Virtus Senior Floating Rate Fund | | | | | Sold | 12/29/11 | K | | |
| 34. -Pimco Total Return Fund | | | | | Sold | 03/07/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BODIFORD, LARRY A. | 04/30/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -Hartford High Yield Class C | | | J | T | Buy | 3/07/11 | J | | |
| 36. -Goldman Sachs Local Emerging Markets Debt Fund Class C | | | J | T | Buy | 03/07/11 | J | | |
| 37. -DWS Enhanced Commodity Strategy Fund Class C | | | K | T | Buy | 06/13/11 | K | | |
| 38. -Delaware SMID Cap Growth Func Class C | | | J | T | Buy | 08/03/11 | J | | |
| 39. -Goldman Sachs Local Emerging Markets Debt Fund Class C | | | J | T | Buy | 08/03/11 | J | | |
| 40. -Loomis sayles GLBL EQ & Income Fd | | | J | T | Buy | 08/03/11 | J | | |
| 41. -DWS Enhanced Commodity Strategy Fund Class C | | | J | T | Buy | 08/03/11 | J | | |
| 42. -Invesco Balanced Rish Allocation Fund Class C | | | K | T | Buy | 11/29/11 | K | | |
| 43. -Templeton Global Total Return Fund | | | K | T | Buy | 6/16/11 | K | | |
| 44. 1st NBNW FL C.D. | D | Interest | P1 | T | | | | | |
| 45. MetLife | A | Dividend | J | T | | | | | |
| 46. Blight Manor, Inc. ▨ PC Fl. | | None | N | S | | | | | |
| 47. Hutto & Bodiford Profit Sharing | E | Interest | N | T | Buy Annually | 04/15/11 | J | | |
| 48. Piedmont Natural Gas stock | C | Dividend | M | T | | | | | |
| 49. -Piedmont Natural Gas stock | | | | | Buy | 01/12/11 | L | | |
| 50. -Piedmont Natural Gas stock | | | | | Buy | 01/18/11 | J | | |
| 51. -Piedmont Natural Gas stock | | | | | Buy | 02/16/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BODIFORD, LARRY A. | 04/30/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -Piedmont Natural Gas stock | | | | | Buy | 03/09/11 | J | | |
| 53. -Piedmont Natural Gas stock | | | | | Buy | 04/15/11 | J | | |
| 54. -Piedmont Natural Gas stock | | | | | Buy | 05/11/11 | J | | |
| 55. -Piedmont Natural Gas stock | | | | | Buy | 06/08/11 | J | | |
| 56. -Piedmont Natural Gas stock | | | | | Buy | 07/15/11 | J | | |
| 57. -Piedmont Natural Gas stock | | | | | Buy | 07/15/11 | J | | |
| 58. -Piedmont Natural Gas stock | | | | | Buy | 08/10/11 | J | | |
| 59. -Piedmont Natural Gas stock | | | | | Buy | 09/07/11 | J | | |
| 60. -Piedmont Natural Gas stock | | | | | Buy | 10/14/11 | J | | |
| 61. -Piedmont Natural Gas stock | | | | | Buy | 10/14/11 | J | | |
| 62. -Piedmont Natural Gas stock | | | | | Buy | 11/10/11 | J | | |
| 63. -Piedmont Natural Gas stock | | | | | Buy | 12/09/11 | J | | |
| 64. Progress Energy Incorporated | D | Dividend | M | T | | | | | |
| 65. -Progress Energy Incorporated | | | | | Buy | 01/12/11 | J | | |
| 66. -Progress Energy Incorporated | | | | | Buy | 02/01/11 | J | | |
| 67. -Progress Energy Incorporated | | | | | Buy | 02/15/11 | J | | |
| 68. -Progress Energy Incorporated | | | | | Buy | 03/15/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BODIFORD, LARRY A. | 04/30/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. -Progress Energy Incorporated | | | | | Buy | 04/15/11 | J | | |
| 70. -Progress Energy Incorporated | | | | | Buy | 05/15/11 | J | | |
| 71. -Progress Energy Incorporated | | | | | Buy | 05/15/11 | J | | |
| 72. -Progress Energy Incorporated | | | | | Buy | 06/15/11 | J | | |
| 73. -Progress Energy Incorporated | | | | | Buy | 07/15/11 | J | | |
| 74. -Progress Energy Incorporated | | | | | Buy | 08/01/11 | J | | |
| 75. -Progress Energy Incorporated | | | | | Buy | 08/15/11 | J | | |
| 76. -Progress Energy Incorporated | | | | | Buy | 09/15/11 | J | | |
| 77. -Progress Energy Incorporated | | | | | Buy | 10/17/11 | J | | |
| 78. -Progress Energy Incorporated | | | | | Buy | 11/01/11 | J | | |
| 79. -Progress Energy Incorporated | | | | | Buy | 12/15/11 | J | | |
| 80. Raymond James IRA | D | Distribution | L | T | | | | | |
| 81. -Janus Advisor Contrarian | | | | | | | | | |
| 82. -RJ Bank Deposit program | | | | | | | | | |
| 83. -Alpine Total Dynamic | | | | | | | | | |
| 84. -Blackrock International Growth | | | | | | | | | |
| 85. Estate #1 | | None | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BODIFORD, LARRY A. | 04/30/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86.  -Homestead Bay County Florida | | None | M | S | | | | | |
| 87.  Moonlight Bay, Bay County, Fl | | None | J | S | Buy | 02/16/11 | L | | ▓▓▓▓▓▓. Bodiford |
| 88. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BODIFORD, LARRY A. | 04/30/2012 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part III B. _____ retired effective 6/1/11.

Part VII Line 22. The assessed value of Lot L-19 is $38,000.00.

Part VII Line 23. The assessed value of Lots _____ is $18,000.00.

Part VII Column A Line 24. The gross value of BH&B, Inc. was determined by the accountant. Value method "E" was used. I have a one-third interest in BH&B, Inc. On August 22, 2011, H H & B sold to D.R. Horton, Inc. lots _____ , Phase II.

Part VII Column A Line 25. This IRA is owned _____

Part VII Column A Line 46. The assessed value of Blight Manor, Inc. is $229,811.00.

Part VII Line 47. In April, 2011 I contributed $11,504.86 to the plan.

Part VII Column A Line 80. This is my IRA. The distribution in line 80 comes from monthly sales from lines 81 and 84 totalling $500.00 in the aggregate. I no longer contribute annually.

Positions line 4 and Part VII Line 85. I am the Personal Representive of Estate #1. I am under the supervision of the Probate Court. Cash value is "J" or less. The assessed value of the Homestead is $101,405.00. Homestead property is excempt from evaluation in the probate inventory in Florida and if devised to _____ as is the case at issue is not subject to sell or other disposition by the personal representive. However the personal representive has limited power to preserve and protect the property.

Part VII Line 86 The assessed value is $229,811.00

Part VII Line 87. The assessed value of Moonlight Bay is $41,760.00. I own 1/3.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ LARRY A. BODIFORD**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544